# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janis Wolf,<br><br>       Plaintiff,<br><br>v.<br><br>Carpenter Hazlewood Delgado & Bolen LLP,<br><br>       Defendant. | NO. CV-20-00957-PHX-DLR<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 19, 2022, judgment is hereby entered and this case is now closed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 15, 2022

By    s/ S. Strong
      Deputy Clerk